UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Guy McEachin
_____
_____
                            -Plaintiff,

[Insert full name of plaintiff/prisoner]

**RECEIVED OCT 18 2016 PRO SE OFFICE**

**CIVIL RIGHTS COMPLAINT**
42 U.S.C. § 1983

JURY DEMAND
YES ✓   NO ___

-against-

The City of New York, et al
Josephe Ponte, Commissioner, bo[...]
Capt. Allen; Vescette
C.O. Randolph, Drumwright, Leslie
Gay, Holligan, Lee-Forrest
_____
                        Defendant(s).

CV16 5858
AMON, J.
BLOOM, M.J.

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

I. **Parties:** (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff Guy McEachin

If you are incarcerated, provide the name of the facility and address:

AMKC/C-95
18-18 Hazen Street
East Elmhurst, N.Y. 11370

Prisoner ID Number: 895-16-00998

1

If you are not incarcerated, provide your current address:

_____

_____

_____

Telephone Number: _____

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

_____
Full Name

_____
Job Title

_____

_____
Address

Defendant No. 2

Joesph Pante
Full Name

Commissioner
Job Title

_____

_____
Address

Defendant No. 3

Captain Verrette
Full Name

Correction Captain
Job Title

275 Atlantic Ave. ~~Brooklyn NY~~ 11201

2

Brooklyn, N.Y. 11201
Address

Defendant No. 4

Captain Allen
Full Name

Correction Captain
Job Title

275 Atlantic Ave
Brooklyn, N.Y. 11201
Address

Defendant No. 5

C.O. Drumwright
Full Name

Correctional Officer
Job Title

275 Atlantic Ave
Brooklyn, N.Y. 11201
Address

II.  **Statement of Claim:**

(State briefly and concisely, the <u>facts</u> of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need <u>not</u> give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? 6th floor 3-cell BKDC (Brooklyn House Detention) 275 Atlantic Ave. Brooklyn N.Y. 11201

When did the events happen? (include approximate time and date) 8-20/21-2016 (Am-Pm), 8-28-2016 (Am-Pm), 9-2-2016 (Am-Pm)

3

**Facts: (what happened?)** On all mentioned dates (8/20-21/2016, 8-28-2016, and 9-2-2016) between the hours of 6AM - 5pm (approx) plaintiff let defendants Allen, Verrette, Drumwright, Cottle, Gay, Leslie, Lee-Forrest, Holligan, and S. know he wanted to see someone from mental health as he wasnt feeling good (suicidel) and needed to speak with someone. This request was ignored by all except (Cottle) and left in his cell unattended for hours, until plaintiff hung himself in his cell, then they wanted to help (too late). On 8-28-16 plaintiff repeatedly requested to see mental health, for hours he was ignored, then blacked out and hung up, Def. Cottle cut him down, still refused to take him to see mental health or medical, a correction Captain came sometime later and took plaintiff to see medical at which time plaintiff was then schedule to go to C-71 to see mental health doctor, who sent him back to BKDC (Brooklyn House) despite plaintiff protest.
(See Attached)

**II.A. Injuries.** If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

Injury to neck, throat, dizzy spells, and head aches, hard to swallow for a week. The other two times plaintiff didnt see anyone from Medical.

4

Somewhere in between this time Def. Gay who works BKDC clinic had an input why plaintiff couldn't get to see anyone in medical.

On 8-28-16 at approximately 6:40 AM plaintiff informed Def. Randolph he needed to see someone from mental health, and he responded "Oh yeah" and walked away from plaintiff. At approximately 7:05 AM plaintiff informed Def. Drumwright he wasn't feeling good and needed to see someone from Mental health, she replied "We know" and walked away, leaving plaintiff in his cell unattended, at approximately 9:00 AM plaintiff informed Def. Verrette he wasn't feeling good, and needed to see mental health, "Can't remember her response", but she left plaintiff in his cell. At about 11:15 AM plaintiff blacked out and hung himself again, while Def. Drumwright was asleep at the A post. After plaintiff hung up, Def Verrette came back stating to (Spa Dixon) "See I was coming back I had the wrong form, plus I had to make my rounds throughout the building" In a span of five (5) hours plaintiff was constantly ignored and left in his cell

On 9-2-16 between the hours of 9AM-3PM (I)

Plaintiff requested to Defendant Holligan several times he was not feeling good and wanted to see mental health, in which she ignored plaintiff and left him in his cell without assisting him. At approximately 12:00 plaintiff informed Def. Allen ignored plaintiff, the 1-9 officer (S), 3-11 or 4-12 shift officer Def. Leslie and Lee-Forrest, were also informed, They only response was "We called medical, they know". After Eight (8) to Ten (10) hours of being left in his cell and ignored plaintiff again blacked out and hung up for the third time in as many weeks

All named defendant herein stated, at all times revelant acted with complete disregard to the care, custody, and Control of plaintiff life and well-being, and deliberate indifference to a serious medical need, and failed to protect him.

At all time revelant Defendants (Mental Health Doctors) at C-71 also failed to protect by kept sending plaintiff back to BKDC to continue to try to kill himself. At no time was he placed on a sucide watch.

At all time revelant defendants NYC & Ponte Created an toxic situation by not properly training their staff to properly and professionally deal with and handle such a dire situation especially when mental health inmates are locked in their cells during a Iso (facility lockdown).

III. **Relief:** State what relief you are seeking if you prevail on your complaint.

Each defendant is being sued in their Individual and personal Capacity in Monetary damages of $1 Million Each defendant is being sued in their Individual and personal Capacity in Compensatory damages of $1 Million Each defendant is being sued in their Individual and personal Capacity for Mental Anguished (past & present) damages of $1 million

I declare under penalty of perjury that on _____ (date), I delivered this complaint to prison authorities at AMKC/C-95 (name of prison) to be mailed to the United States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 1, 2016

Guy McEachin
Signature of Plaintiff

AMKC/C-95
Name of Prison Facility or Address if not incarcerated

18-18 Hazen Street
East Elmhurst, N.Y. 11370
Address

895 16-00998
Prisoner ID#

rev. 12/1/2015

5